**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001156
03-FEB-2015
01:13 PM**

NO. CAAP-14-0001156

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
IVAN BRADY MIGUEL, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 11-1-0021)

ORDER APPROVING THE JANUARY 20, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed January 20, 2015, by Defendant-Appellant Ivan Brady Miguel (Appellant), the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for the parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b); and (3) the stipulation includes a declaration signed by Appellant that complies with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 3, 2015.


Presiding Judge


Associate Judge


Associate Judge